UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Asher Bronstin** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 5:26-cv-10001-JEL-DRG |
| v. ) | |
| ) | |
| **Dash Capital Inc.** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Mike Rehbein, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Dash Capital Inc. in Wayne County, MI on January 6, 2026 at 1:08 pm at 17199 N Laurel Park Dr, Ste 407, Livonia, MI 48152-2683 by leaving the following documents with Mike Moussawel who as Owner is authorized by appointment or by law to receive service of process for Dash Capital Inc..

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT
Race: White, Sex: Male, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.4147833333,-83.419555
Photograph: See Exhibit 1


Standard Serve 17199 N Laurel Park Dr, Ste 407, Livonia, MI 48152-2683 1@$97.00=$97.00
Total Cost: $97.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <br>    Wayne County   , <br>    MI    on    1/6/2026   . | /s/ *Mike Rehbein* <br> _____ <br> Signature <br> Mike Rehbein <br> +1 (810) 588-3848 |



Exhibit 1a)