UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Asher Bronstin,

                Plaintiff,        Case No. 26-10001

v.                                    Judith E. Levy
                                    United States District Judge

Dash Capital Inc.,
                                    Mag. Judge David R. Grand

                Defendant.

_____/

## ORDER DIRECTING PLAINTIFF TO COMPLY WITH THE LOCAL COUNSEL RULE

Eastern District of Michigan Local Rule 83.20(f) states, "[a] member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district." Plaintiff's counsel, Andrew Roman Perrong of Perrong Law LLC, does not appear to be an active member of the State Bar of Michigan.

Plaintiff must show cause by February 17, 2026, why local counsel has not made an appearance in this case or why he has not petitioned the

Court to proceed without local counsel as required under Eastern District of Michigan Local Rule 83.20(f).

    IT IS SO ORDERED.

Dated: January 22, 2026            s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                          United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 22, 2026.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager