UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DASH CAPITAL INC.<br><br>    Defendant.<br>_____/ | Case No. 5:26-cv-10001-JEL-DRG<br><br>Hon. Judith E. Levy<br><br>Magistrate Judge David R. Grand |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

                                        Respectfully Submitted,

                                        BLACKMORE LAW PLC

                                        /s/ George T. Blackmore
                                        By: George T. Blackmore (P76942)
                                        1100 Owendale Drive
                                        Suite M
                                        Troy, MI 48083
                                        Phone: (888) 835-2993
                                        george@blackmore.law
                                        *Local Counsel for Plaintiff and the*
                                        *proposed class*

Dated: January 27, 2026

## **CERTIFICATE OF SERVICE**

I certify that on January 27, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

>/s/ George T. Blackmore
>George T. Blackmore