UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHER BRONSTIN,                           Case No.: 2:26-cv-10001
                                          Hon. Judith E. Levy
    Plaintiff,                        Magistrate David R. Grand

v

DASH CAPITAL INC.

    Defendant,
_____/

## NOTICE OF APPEARANCE

**To: CLERK OF THE COURT**

Please enter the APPEARANCE of Tarik D. Turfe (P83690) of HAMMOUD, DAKHLALLAH & ASSOCIATES PLLC as counsel of record for Defendant DASH CAPITAL INC, in the above referenced matter.

    Respectfully submitted:

    /s/ TARIK D. TURFE
    KASSEM DAKHLALLAH (P70842)
    TARIK D. TURFE (P83690)
    **HAMMOUD, DAKLALLAH & ASSOCIATES, PLLC**
    Attorney for DASH CAPITAL
    6050 Greenfield Rd, Ste 201
    Dearborn, MI 48126
    (313) 551-3038

Date: January 28, 2026    tt@hdalawgroup.com

## **PROOF OF SERVICE**

    I hereby certify that on January 28, 2026, I electronically filed the foregoing paper with the clerk of the Court using the ECF system which will send notification of such filing to counsel of record

/s/ Tarik D. Turfe
Tarik D. Turfe (P83690)
