UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Asher Bronstin,

          Plaintiff,        Case No. 26-cv-10001

v.                                  Judith E. Levy
                                  United States District Judge

Dash Capital Inc.,

                                  Mag. Judge David R. Grand

          Defendant.

_____/

## ORDER VACATING ORDER TO SHOW CAUSE [4]

On January 24, 2026, the Court ordered Plaintiff Asher Bronstin to show cause "why local counsel has not made an appearance in this case or why he has not petitioned the Court to proceed without local counsel as required under Eastern District of Michigan Local Rule 83.20(f)." (ECF No. 4, PageID.22–23.) Local counsel filed a notice of appearance on January 27, 2026. (ECF No. 5.)

The appropriate action has been taken. Accordingly, the Court's order to show cause has been satisfied and is vacated.

      IT IS SO ORDERED.

Dated: March 3, 2026                        s/Judith E. Levy

Ann Arbor, Michigan                    JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 3, 2026.

                                       s/Caitlin Shrum
                                       CAITLIN SHRUM on behalf of
                                       WILLIAM BARKHOLZ
                                       Case Manager