IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>DASH CAPITAL INC.<br><br>      Defendant. | Case No. 2:26-cv-10001 |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that all current parties have reached a settlement in this matter, and intend to file an Amended Complaint naming a new Defendant within 60 days.

RESPECTFULLY SUBMITTED AND DATED this March 7, 2026

          */s/ Andrew Roman Perrong*
          Andrew Roman Perrong, Esq.
          Perrong Law LLC
          2657 Mount Carmel Avenue
          Glenside, Pennsylvania 19038
          Phone: 215-225-5529 (CALL-LAW)
          Facsimile: 888-329-0305
          a@perronglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.