UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Asher Bronstin,

                    Plaintiff(s),

v.                                                          Case No. 5:26−cv−10001−JEL−DRG
                                                            Hon. Judith E. Levy

Dash Capital Inc.,

                    Defendant(s),
_____

### NOTICE TO APPEAR REMOTELY

   PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

   • STATUS CONFERENCE:  July 27, 2026 at 10:30 AM

   The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/W. Barkholz_____
                                               Case Manager

Dated:   July 13, 2026