# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated,

       Plaintiff

vs.

DASH CAPITAL INC.

       Defendant.

Case No. 2:26-cv-10001

## NOTICE OF DISMISSAL

Plaintiff Asher Bronstin, by his undersigned counsel, hereby voluntarily dismisses this action, with prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this July 24, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.


*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2