# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff

vs.

DASH CAPITAL INC.

Defendant.

Case No. 2:26-cv-10001

## STIPULATION OF DISMISSAL

Pursuant to the Settlement Agreement Dated May 11, 2026, the Parties to the above captioned matter hereby stipulate to DISMISS this matter WITH PREJUDICE, and without an award of fees or costs to any party.

WE SO STIPULATE this August 4, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Tarik D. Turfe*
Tarik D. Turfe (With Permission)
Hammoud, Dakhlallah & Associates PLLC
330 Town Center Drive Suite 100

2

Dearborn, MI 48126
Phone: (313) 471-4009
Fax: (313) 551-3136
tt@hdalawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2