UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHER BRONSTIN, individually and
on behalf of a class of all persons and
entities similarly situated,

       Plaintiff

vs.

DASH CAPITAL INC.

       Defendant.

Case No. 26-cv-10001

ORDER OF DISMISSAL

This matter, having come before the Court on the stipulation of the parties,

and the Court being otherwise fully advised in the premises; IT IS HEREBY

ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE

and without an award of fees or costs to any party.

Date: August 7, 2026

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge